NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LIFENET HEALTH,**
*Plaintiff - Appellee*

**v.**

**LIFECELL CORPORATION,**
*Defendant - Appellant*

_____

15-1549

_____

Appeal from the United States District Court for the Eastern District of Virginia in case no. 2:13-cv-00486-HCM-DEM Senior Judge Henry C. Morgan Jr.

_____

ON MOTION

_____

O R D E R

Upon consideration of appellee, LifeNet Health's unopposed motion to extend time to file its principal brief until September 21, 2015,

IT IS ORDERED THAT:

The motion is granted.


                                        FOR THE COURT

July 16, 2015                           /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court