NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LIFENET HEALTH,**
*Plaintiff-Appellee*

v.

**LIFECELL CORPORATION,**
*Defendant-Appellant*

2015-1549

Appeal from the United States District Court for the Eastern District of Virginia in No. 2:13-cv-00486-HCM-DEM, Senior Judge Henry C. Morgan Jr.

**ON MOTION**

**O R D E R**

LifeCell Corporation submits a joint appendix, including physical exhibits, and a letter regarding the exhibits, which this court construes as a motion for leave to file physical exhibits.

At the district court, LifeCell submitted a physical sample of its Strattice™ Reconstructive Tissue Matrix. The district court ordered the release of the exhibit so

that LifeCell could submit it to this court as part of the joint appendix. Without opposition, LifeCell now submits to this court both the original exhibit and, because the original has physically degraded in storage, a replacement exhibit.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The physical exhibits are accepted for filing, which may be reviewed by the assigned merits panel at its discretion.

(2) A copy of LifeCell's letter and this order shall be transmitted to the assigned merits panel.

                                FOR THE COURT

                                /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court

s31