# DESMARAIS LLP

www.desmaraisllp.com

230 Park Avenue  
New York, NY 10169

Dustin F. Guzior  
Direct: 212-808-2944  
dguzior@desmaraisllp.com

P: 212-351-3400  
F  212-351-3401

November 9, 2015

**BY FEDERAL EXPRESS**

Clerk of the Court  
U.S. Court of Appeals for the Federal Circuit  
717 Madison Place, N.W.  
Washington, DC 20439

**RECEIVED**  
NOV 1 0 2015  
United States Court of Appeals  
For The Federal Circuit

**RECEIVED**  
J 2015  
United States Court of Appeals  
For The Federal Circuit

Re:    *LifeNet Health v. LifeCell Corporation*, Appeal No. 2015-1549

Dear Clerk of the Court,

Enclosed please find Defendant's Physical Exhibit 12 ("DPX-012"), which is included as A17527 in the Joint Appendix for *LifeNet Health v. LifeCell Corporation*, Appeal No. 2015-1549. DPX-012 is a physical sample of LifeCell's Strattice™ Reconstructive Tissue Matrix.

The United States District Court for the Eastern District of Virginia, Norfolk Division, released DPX-012 for transmission to this Court pursuant to a consent order, which is also enclosed. Because DPX-012, a tissue graft sample, has deteriorated while in storage, LifeCell also submits an identical replacement exhibit, which is a factory sealed sample of LifeCell's Strattice™ Reconstructive Tissue Matrix. The replacement exhibit is labeled A17527. Please be advised that if the Court opens the foil pouches in A17527 to inspect LifeCell's graft, the graft should not be subsequently stored in the open air.

LifeCell submits the replacement exhibit with Plaintiff-Appellee LifeNet Health's consent. LifeNet's counsel is copied on this correspondence. Should the Court have any questions, I can be reached at (212) 808-2944.

Respectfully,

/s/ Dustin F. Guzior  
Dustin F. Guzior

(Enclosures)

cc:    Constantine L. Trela, Jr. (By E-Mail)  
       (Sidley Austin LLP, Counsel to LifeNet Health)

**RECEIVED**  
J 2015  
United States Court of Appeals  
For The Federal Circuit



FILED
NOV - 5 2015
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

LIFENET HEALTH,

    Plaintiff,

v.

LIFECELL CORPORATION,

    Defendant.

Civil Action No. 2:13cv486/HCM-TEM

JURY TRIAL DEMANDED

### CONSENT ORDER ON MOTION FOR TRANSMISSION OF DEFENDANT LIFECELL CORPORATION'S TRIAL EXHIBIT DPX-012 TO THE US COURT OF APPEALS FOR THE FEDERAL CIRCUIT

    THIS MATTER IS BEFORE THE COURT on the consent motion of Defendant LifeCell Corporation ("LifeCell"), to provide for counsel for LifeCell to retrieve DPX-012 from the district court so that it may be included as part of LifeCell's appendix in its appeal to the United States Court of Appeals for the Federal Circuit. Upon consent of all parties as indicated by the endorsements of their counsel below, and finding that it is proper to do so, it is hereby ordered that counsel for LifeCell may retrieve DPX-012 from the Court and transmit it to the US Court of Appeals for the Federal Circuit, to be included as part of LifeCell's appendix.

    It is **SO ORDERED**. The Clerk is directed to send a copy of this Order to all counsel of record.

Entered: _November 5, 2015_

/s/
Lawrence R. Leonard
United States Magistrate Judge
Judge

WE ASK FOR THIS:

WE ASK FOR THIS:

By: _____/s/_____
William R. Poynter (VSB #48672)
Brian A. Wainger (VSB #38476)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Telephone: (757) 965-6804
Facsimile: (757) 304-6175
wpoynter@kaleolegal.com
bwainger@kaleolegal.com

*Counsel for LifeCell Corporation*

By:_____/s/_____
Stephen E. Noona, Esq.
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (757) 624-3169
senoona@kaufcan.com
mewarmbier@kaufcan.com

*Counsel for LifeNet Health*

# Strattice
## RECONSTRUCTIVE TISSUE MATRIX

DPX-012

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

LifeNet Health
　　Plaintiff

v.　　　　　　　　　　　　　　　　Civil Docket No. 2:13cv486-HCM-DEM

Lifecell Corporation
　　Defendant

DPX Exhibit-012

5cm x 16cm Pliable

Surgical Mesh • Kirurgisk mesh • Chirurgische mesh • treillis chirurgical • chirurgisches Netzimplantat • matrice chirurgica • Kirurgisk nett • Malha Cirúrgica • Malla quirúrgica
Kirurgiskt nät • Kirurginen verkko • πλέγμα για χειρουργική χρήση • Siatka chirurgiczna • Chirurgická sítka • Хирургическая сетка • Sebészeti géz • Chirurgická sietka • Cerrahi Meş




# Strattice™
### RECONSTRUCTIVE TISSUE MATRIX

A 17527

**5cm x 16cm Pliable**

Surgical Mesh · Kirurgisk mesh · Chirurgische mesh · treillis chirurgical · chirurgisches Netzimplantat · matrice chirurgica · Kirurgisk nett · Malha Cirúrgica · Malla quirúrgica
Kirurgiskt hät · Kirurginen verkko · πλέγμα για χειρουργική χρήση · Siatka chirurgiczna · Chirurgická sít'ka · Хирургическая сетка · Sebészeti géz · Chirurgická sieťka · Cerrahi Meş



# Strattice™
RECONSTRUCTIVE TISSUE MATRIX



DPX-012

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

LifeNet Health
    Plaintiff

v.　　　　　　　　　　　　　　　　　　　　Civil Docket No. 2:13cv486-HCM-DEM

Lifecell Corporation
    Defendant

DPX Exhibit-012

**5cm x 16cm Pliable**

Surgical Mesh • Kirurgisk mesh • Chirurgische mesh • treillis chirurgical • chirurgisches Netzimplantat • matrice chirurgica • Kirurgisk nett • Malha Cirúrgica • Malla quirúrgica
Kirurgiskt nät • Kirurginen verkko • πλέγμα για χειρουργική χρήση • Siatka chirurgiczna • Chirurgická sít'ka • Хирургическая сетка • Sebészeti géz • Chirurgická sieťka • Cerrahi Meş